

One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Tel: 415.781.7900  Fax: 415.781.2635

www.sdma.com

May 9, 2006

Honorable Joseph C. Spero
Magistrate Judge
UNITED STATES DISTRICT COURT
 Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA  94102

Re:   *Singer v. American Airlines Federal Credit Union, et al.*
      United States District Court, Northern District, Case No. C 05-4961 JCS

Dear Magistrate Judge Spero:

We write to follow-up on the recent Case Management Conference over which you presided. You directed that the parties go to mediation. Although the parties subsequently agreed upon using Retired Judge Eugene Lynch as the mediator for this case, it was quite a challenge coordinating everyone's schedules, in particular given summer vacations. Nevertheless, the parties have scheduled the mediation for August 30, 2006. Your Honor has scheduled a Case Management Conference for August 4, as you had directed us to complete the mediation prior to then. We regret that we were unable to schedule the mediation earlier and hope this is acceptable to the court.

Thank you very much for your consideration.

Very truly yours,

Steven D. Wasserman
Sedgwick, Detert, Moran & Arnold LLP

SDW|rdg

8/4/06 Further Case Management Conference vacated.

Deadline for joint updated case management statement is 9/1/06.  Further Case Management Conference set for 9/8/06 at 1:30 p.m., Courtroom A, 450 Golden Gate Ave.

Dated: 5/12/06

IT IS SO ORDERED
Judge Joseph C. Spero

SF/1335114v1

New York  •  London  •  San Francisco  •  Zurich  •  Los Angeles  •  Paris  •  Newark  •  Orange County  •  Chicago  •  Dallas

Honorable Joseph C. Spero
UNITED STATES DISTRICT COURT
 Northern District of California
Re: Singer v. American Airlines Federal Credit Union, et al.
May 9, 2006
Page 2


cc:    Daniel Berko, Esq.
        **LAW OFFICES OF DANIEL BERKO**
        819 Eddy Street
        San Francisco, California 94109

        David Ian Dalby, Esq.
        **HINSHAW & CULBERTSON LLP**
        One California Street, 18th Floor
        San Francisco, CA 94111