SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. WASSERMAN  Bar No. 88291
MARK J. HANCOCK  Bar No. 160662
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
Western Federal Credit Union

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA--SAN FRANCISCO DIVISION

| | |
|---|---|
| JAYNE SINGER, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES FEDERAL CREDIT UNION dba AA CREDIT UNION; WESTERN FEDERAL CREDIT UNION and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | CASE NO. C 05-04961 JCS<br><br>STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SCHEDULING HEARING ON MOTION TO APPROVE SETTLEMENT; ORDER THEREON |

## RECITALS

A.  All parties to this action–plaintiff Jayne Singer and defendants American Airlines Federal Credit Union and Western Federal Credit Union–have reached a tentative settlement agreement of all claims asserted by plaintiff. The parties intend to submit by September 22, 2006 a joint motion seeking court approval of the settlement and dismissal of the complaint. The Clerk has indicated that the hearing on this motion could take place on October 27, 2006 at 9:30 a.m. in Department A.

B.  A case management conference is presently set for September 8, 2006 in Courtroom A. In light of the settlement that has been reached, the parties desire that the Case

1  Management Conference to be taken off calendar.

2  **STIPULATION**

3  In light of the above, the parties stipulate and agree to an order as follows:

4  1. Taking the case management conference off calendar and rescheduling it for 9:30
5  a.m. on October 27, 2006 in Department A.

6  2. Requiring the filing by September 22, 2006 of the joint motion for approval of the
7  settlement and dismissal of the complaint.

8  3. Setting for 9:30 a.m. on October 27, 2006 in Department A the hearing on the
9  joint motion for approval of the settlement and dismissal of the complaint.

11  DATED: September 6, 2006     SEDGWICK, DETERT, MORAN & ARNOLD LLP

13                               By: _____
                                 Mark J. Hancock
14                               Attorneys for Defendant
                                 Western Federal Credit Union

16  DATED: September 5, 2006     HINSHAW & CULBERTSON LLP

18                               By: _____
19                               David Ian Dalby
                                 Attorneys for Defendant
20                               American Airlines Federal Credit Union

22  DATED: September ___, 2006   LAW OFFICE OF DANIEL BERKO

24                               By: _____
                                 Daniel Berko
25                               Attorneys for Plaintiff
                                 Jayne Singer

1  Management Conference to be taken off calendar.

2  **STIPULATION**

3  In light of the above, the parties stipulate and agree to an order as follows:

4  1. Taking the case management conference off calendar and rescheduling it for 9:30
5  a.m. on October 27, 2006 in Department A.

6  2. Requiring the filing by September 22, 2006 of the joint motion for approval of the
7  settlement and dismissal of the complaint.

8  3. Setting for 9:30 a.m. on October 27, 2006 in Department A the hearing on the
9  joint motion for approval of the settlement and dismissal of the complaint.

10

11  DATED: September ___, 2006    SEDGWICK, DETERT, MORAN & ARNOLD LLP

12

13                                 By:_____
                                   Mark J. Hancock
14                                 Attorneys for Defendant
                                   Western Federal Credit Union
15

16
    DATED: September ___, 2006    HINSHAW & CULBERTSON LLP
17

18
                                   By:_____
19                                 David Ian Dalby
                                   Attorneys for Defendant
20                                 American Airlines Federal Credit Union

21

22  DATED: September 7, 2006      LAW OFFICE OF DANIEL BERKO

23

24                                 By:_____
                                   Daniel Berko
25                                 Attorneys for Plaintiff
                                   Jayne Singer
26

27

28

-2-
STIPULATION FOR ORDER / ORDER                          CASE NO. C 05-04961 JCS

## ORDER

Based upon the stipulation of the parties,

IT IS HEREBY ORDERED as follows:

1. The case management conference presently scheduled for September 8, 2006 is off calendar and is hereby rescheduled for 9:30 a.m. on October 27, 2006 in Department A.

2. By September 22, 2006, the parties shall file their joint motion for approval of the settlement and dismissal of the complaint. A hearing on this motion shall be held at 9:30 a.m. on October 27, 2006 in Department A.

Dated: Sept. 6, 2006



Hon. Judge Joseph C. Spero
Judge of the United States District Court

-3-
STIPULATION FOR ORDER / ORDER
CASE NO. C 05-04961 JCS